

# IN THE
## TENTH COURT OF APPEALS

—————————

## No. 10-14-00380-CV

## IN RE LOCHRIDGE-PRIEST, INC., BILLY JOE AKINS, DAVID AKINS, MARILYN AKINS, AND CHAPARRAL INSULATION, INC.

—————————

**Original Proceeding**

---

## MEMORANDUM  OPINION

---

Relators, Lochridge-Priest, Inc., Billy Joe Akins, David Akins, Marilyn Akins, and Chaparral Insulation, Inc., and Real Party in Interest, PJC Logistics, LLC, Individually and Derivatively on behalf of Lochridge-Priest, Inc. filed a joint motion to dismiss the petition for writ of mandamus. *See* TEX. R. APP. P. 42.1(a)(2). The parties indicate that they have reached a comprehensive settlement of their disputes. Dismissal of this mandamus would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the petition for writ of mandamus is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Scoggins, and
      Judge Martha J. Trudo[1]
Motion granted; appeal dismissed
Opinion delivered and filed June 11, 2015
[CV06]



---

[1] The Honorable Martha J. Trudo, Judge of the 264th District Court, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 74.003(a) (West 2013).